CLERK, U.S. DISTRICT COURT

MAR 12 2020

CENTRAL DISTRICT OF CALIFORNIA
BY:        RS        DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR - 9 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Ann Lizana
2336 Pasadena Avenue
Long Beach, California 90806
Properdoccs@gmail.com
(562) 729-1659

RELATED DDJ

Plaintiffs in Propria Persona

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN LIZANA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Wells Fargo Bank, NA, as trustee** on behalf of the Registered Holders of Morgan Stanley abs Capital Inc., TRUST 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6, **John Doe, Jane Doe,** and **Does 1-10**, inclusively.<br><br>Defendant(s) | Case No.: 2:20-CV-02395-AB-PLA<br><br>**CIVIL RIGHTS COMPLAINT**<br><br>Trial-by-Jury Demanded Pursuant to FRCP Rule 38 and the Seventh Amendment |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR CIVIL RIGHT VIOLATIONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**COMES NOW PLAINTIFF, ANN LIZANA** ("Plaintiff"), proceeding pro

se, unschooled in law asking the court to take notice of this Original Complaint

for Declaratory Judgment and Injunctive relief pursuant to the First, Fifth, Ninth,

and Fourteenth Amendments to the Constitution, 28 U.S.C. §§1331, 1332, and

1343, in that the claims alleged therein arise under the laws of the United States,

including but not limited to 42 U.S.C. § 3601; and 42 U.S.C. §§ 1981, 1982, and

1988(a); and the enunciation of principles as stated below.

Wherein the court has directed that those who are unschooled in law making

pleadings and/or complaints shall have the court look to the substance of the

pleadings rather than form. ***Please see:*** *Platsky v. Central Intelligence Agency*,

953 F.2d 26 (2nd Cir. 1991)---***Deciding that:***

*In order to justify the dismissal of a pro se complaint, it must be "'beyond doubt that the Plaintiffs can prove no set of facts in support of his claim which would entitle him to relief.'" Haines v. Kerner, 404 U.S. at 521, 92 S.Ct. at 594 (quoting Conley v. Gibson, 355 U.S. 41, 45-46, 78 S.Ct. 99, 102, 2 L.Ed.2d 80 (1957)).*

///

///

///

///

///

///

///

///

///

///

///

# TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | **CIVIL CLAIM OF RIGHTS** | 4 |
| II. | **JURISDICTION** | 5 |
| III. | **PARTIES** | 5 |
| IV. | **FACTS & BACKGROUND** | 7 |
| V. | **VIOLATIONS OF 28 U.S.C. §§ 1331, 1332, and 1367** | 10 |
| VI. | **Cause 1: VIOLATIONS OF 42 U.S.C. §§ 1981, 1982, and 1988(a) CONSTITUTIONAL CIVIL RIGHTS** | 10 |
| | **Cause 2: VIOLATIONS OF 1st AMENDMENT CONSTITUTIONAL CIVIL RIGHTS** | 12 |
| | **Cause 3: VIOLATIONS OF 5th AMENDMENT CONSTITUTIONAL CIVIL RIGHTS** | 14 |
| | **Cause 4: VIOLATIONS OF 9th AMENDMENT CONSTITUTIONAL CIVIL RIGHTS** | 15 |
| | **Cause 5: VIOLATIONS OF 14th AMENDMENT CONSTITUTIONAL CIVIL RIGHTS** | 16 |
| | **Cause 6: CIVIL RIGHTS DECLARATORY** | 17 |
| | **Cause 7: DECLARATORY and INJUNCTIVE** | 19 |
| VII. | **CONCLUSION** | 22 |
| | PLAINTIFF'S PRAYER | |
| | TRIAL-BY-JURY | |
| | DECLARATION OF ANN LIZANA | |

# I.
## CIVIL CLAIM OF RIGHTS

1.    Plaintiff claims all rights at all times and waves none of them at any

time for any cause or reason. Plaintiff hereby seeks protection of *Anastasoff v.*

*U.S.*, 223 F3d 898, especially where it speaks to the Doctrine of Precedent.

Plaintiff request that the court take judicial notice (Rule 201 of the Federal Rules

of Evidence) of the enunciation of principles stated in *King v. Knoll* (No. 04-

04149-JAR), *Whitney v. State of New Mexico* (113 F 3d. 1170), *Haines v. Kerner*

(404 U.S. 519), and *Platsky v. Central Intelligence Agency,* 953 F2d 25; and

Plaintiff especially where she speaks to the fact that Pro Se and in Propria Persona

(Pro Per) litigants shall not be held to the same strict pleading standards as Bar-

authorized attorneys, and that they have a right to submit evidence of their claims

to the courts for adjudication, and that where the court dismiss said claims, the

courts must provide curative instructions as to how to repair the paperwork and

give leave or permission and adequate time to refile. Therefore, Plaintiff hereby

claims the substantiate due process right to have Findings of Fact and Conclusions

of Law published with any order of this Court.

2.    Plaintiff has been terrorized in her property with threats of breaking

locks to property, putting rightful occupants of property out, constant harassment

---

[1] **CfD** will mean "Contract for Deed"; granting *rights to possession* but not ownership.
Once Plaintiff started paying on such, she had possession but not title until paid off.

and intimidation initiated advanced by Defendant using a team of eviction specialists which violates Plaintiff's rights.

3.    And if the limited Supreme court is able to evict her she shall lose all of her financial and personal interest she has vested in the property at the heart of this case.

## II.
## JURISDICTION

4.    The within action is properly within the jurisdiction of this Court upon the ground inter alia, that Civil rights and real property which is subject matter hereof is situated within this Judicial District of the County of Los Angeles, California.

5.    This court has plenary jurisdiction over the present dispute and all parties pursuant to 28 U.S.C. §§1331, 1332, 1443, in that the claims alleged therein arise under the laws of the United States, including but not limited to 42 U.S.C. § 3601; and 42 U.S.C. §§ 1981, 1982, and 1988(a), and Rule 11(b)(2) of the Federal Rules of Civil Procedure. This court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to hear and determine Plaintiff states law claims.

6.    Each of the statues cited above provide this Court with proper subject matter jurisdiction, venue being proper in the United States District Court because

all or most of the transactions or occurrences forming the basis for this complaint, took place in California.

7.     The Central Questions presented in this case are: **(a)** under the Constitution and laws of the United States can the judiciary of any state so construe and apply its laws as to create a system which abrogates due process of the law and operates to impair the obligations and rights of contract? **(b)** Can a judiciary of any state allow eviction proceedings to occur to impair contract rights of a third or fourth party without standing to do so?

### III.
### THE PARTIES

#### Plaintiff

8.     At all times hereto relevant, the **Plaintiff Ann Lizana** ("Lizana"), holds a binding contract for deed ("CfD")[1]  with the current owner, as religious organization Miricle Island ("MI" or "Ministry"), of the real property at the heart of this complaint, located at 2336 Pasadena Avenue, Long Beach, California 90806 ("Subject Property"), in the county of Los Angeles, and currently resides on the property.

#### Defendants

9.     Plaintiff is informed and does believe, and thereon alleges, that at all times hereto relevant **Defendant Wells Fargo Bank, NA, as trustee**, on behalf

of the registered holders of Morgan Stanley abs Capital 1, Inc., TRUST 2005-WMC6, Mortgage Pass-Through Certificate Series 2005-WMC6 ("WF Holders"), classified under "corporate citizenship," is an unknown entity allegedly domiciled in Maryland.

10.   Plaintiff is unaware of the true names and capacities of individuals and/or entities sued herein under the fictitious names of **John Doe, Jane Doe,** and **Does 1** through **10**, inclusive (collectively "Defendants"), to the extent that the names of such individuals or entities may be known to Plaintiff, the Plaintiff cannot state with certainty that a viable cause of action lies herein as against such individuals or entities, or Plaintiff is unable to allege the elements of such a cause of action, at this time, prior to discovery, with sufficient specificity to satisfy the requirements of Code of Civil Procedure §128.7, wherefore all said Defendants are herein named in accordance with the provisions of California Code of Civil Procedure § 474.

11.   The use of the term "Defendants" in any of the allegations in this Complaint, unless specifically otherwise set forth, is intended to include and charge both jointly and severely, not only named Defendants, but all Defendants designated as well (collectively "Defendants").

12.   Defendant acted with an awareness of its primary wrongdoing and realized that its conduct would substantially assist the accomplishment of the

wrongful conduct, wrongful goals, and wrongdoing to Plaintiff.

13.   Plaintiff reserves the right to amend the instant Complaint to allege the true names and capacities of such fictitiously named Defendants when the same become known or when it has been ascertained with reasonable certainty that a cause of action hereunder can be satisfactorily sated and maintained as against each such fictitiously named individual or entity.

## IV.
## FACTS

14.   On or about June 10, 2016, the former owner of subject property, Michelle Blackwell ("Former Owner") received an Order for quiet title from the state court, which was registered with the County Recorder's Office of Los Angeles. Said Order *specifically* quieted or "stripped" the recorded Deed of Trust ("DOT"), away from and off of the title of subject property.

15.   On or about June 16, 2016, a general warranty deed ("WD"), which was granted by the former owner to the religious organization Miricle Island (MI), was recorded with the County Recorder's Office of Los Angeles. Later, in June Plaintiff was offered a tenant/work opportunity in which she entered into an agreement with MI, to be the coordinator and caretaker of subject property for the ministry. This agreement went into effect as of July 1, 2016.

16.   On or about February 14, 2017, Plaintiff entered into a Contract for

Deed (CfD) with MI giving her the right to possess the subject property.

17.   On or about November 1, 2019, Plaintiff entered Arbitration (filed a grievance) for the CfD with the ministry, causing an award of equal title rights to the subject property, not just rights to possession of property.

## BACKGROUND

18.   Starting in March of 2019, Defendant and their team of REO and eviction representatives began harassing Plaintiff and people similarly situated on the subject property, local homeless seeking shelter, by roaming the premises of subject property, threatening eviction and plastering the property with Notices to Quit – which came first. (*See* a copy of one of the notices attached hereto as **Exhibit 1**).

19.   On or about June 20, 2019, Defendant filed an unlawful detainer action, case number 19LBUD01412 ("UD1"), naming the former owner. (*See* a true copy of UD1 case attached hereto as **Exhibit 2**).

20.   Plaintiff told all of the Defendants' representatives who have come to subject property for the former owner, prior to the filing of UD1 case, that former owner did not reside on nor did she own said property.

21.   Starting in August of 2019, Defendant began plastering subject property with additional UD cases, numbers: 19LBUD01642 (UD2) , 19LBUD01650 (UD3), 19LBUD01651 (UD4), 19LBUD01674 (UD5), and

19lbud02648 (UD6) (collectively "UDcases). (*See* copies of UDcases

covers attached hereto as **Exhibit 3** to **7**).

22.   On or about October 28, 2018, a trial was held in the state limited

court for UD1 case, which Defendant provided a copy of a Trustee's Deed Upon

Sell ("TDUS"), and former owner proved that she was within her rights to grant a

warranty deed to MI, which the limited court found legal and binding, thereby

said court ***denied*** the rights to possession of subject property to Defendants. (*See*

a copy of UD1 case Minute Order attached hereto as **Exhibit 8**)

23.   On or about February 14, 2017, Plaintiff entered into a Contract for

Deed (CfD) with MI giving her the right to possess the subject property.(*See* a

copy of the cover to CfD attached hereto as **Exhibit 9**)

24.   In November of 2019, due to all of the legal matters with the property,

parties went into an arbitration. A decision was reached and rendered on said

matter in January of 2020.

25.   Federal laws under 28 U.S.C. § 1331, as for Property rights of citizens,

states: All citizens of the United States shall have the same right, in every State

and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease,

sell, hold, and convey real and personal property.

26.   Federal question jurisdiction [28 U.S.C. § 1331] covers all suits that

arise under the Constitution, laws, or treaties of the United States. Claims that are

based on federal law are to be heard in federal courts.  Federal courts exercise

"diversity jurisdiction" over cases (i) where the amount in controversy exceeds

$75,000, and (ii) the parties are citizens of different states or where there is

"diversity of citizenship."

27.   In Diversity of Citizenship (and Corporate Citizenship) (28 U.S.C. §

1332), Congress gives federal district courts the power  to exercise "diversity

jurisdiction" over any civil claim for at least $75,000 arising between citizens of

different states. To include "corporate citizenship" and "unnatural citizens."

28.   In a unanimous decision, the U.S. Supreme Court clarified the test for

corporate citizenship to be applied when determining federal courts' diversity

jurisdiction—a corporation is a citizen of the state where its "nerve center" is

located. (*See Hertz Corp. v. Friend*, (2010) 559 U.S. 77). Locating Corporate

Defendant Wells Fargo Bank, NA, as trustee's "nerve center" was a rather

complicated undertaking. In this case, the former owner received correspondences

from Defendant, who claimed to be domiciled in Columbia, Maryland.

29.   Plaintiff holds a binding contract to and resides on subject property,

owned by MI, which is located in Long Beach while Defendant is located in

Columbia, Maryland. There is total diversity amongst the parties.

///

///

# VI.
## CAUSES OF ACTION

### CAUSE 1:

### VIOLATION OF CONSTITUTIONAL CIVIL RIGHTS
(As to All Defendants and DOES 1-10)

30.   Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 27, inclusive, as though fully set forth herein:

31.   Plaintiff declares under 28 U.S.C. section §1343 of the Constitution of the United States, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiff has endured from 2019 to 2020 unimaginable civil harassment, emotional distress and anguish, and still to this day continues to have to endure threats from Defendant, in regards to property, due to unlawful acts of deception, harassment and other claims. Plaintiff is one of the people these rights and laws were created for and applies to.

32.   Plaintiff requests a determination that she has legal standing to possess subject property under a binding contact (CfD) with MI worth hundreds of thousands of dollars; and to disallow Defendant from evicting her and members residing on subject property. As a proximate result of the acts alleged herein, Plaintiff has and will continue to suffer irreparable harm. Plaintiff is entitled to damages in an amount to be proven at trial.

**28 USC §1343. Property, Civil rights and elective franchise:**

33.   All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.

34.   (a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person: (3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

**CAUSE 2:**

**VIOLATION OF THE FIRST AMENDMENT**
(As to All Defendants and DOES 1-10)

35.   Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 32, inclusive, as though fully set forth herein:

36.   Plaintiff declares under the **First Amendment to the Constitution** of the United State, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiff has endured nearly a year of threats, unimaginable civil harassment, emotional distress, anguish and still, to this day, continues to endure threats from Defendant and its eviction team, regarding subject property in which she is currently in a long term contract to complete ownership, by and through the MI ministry and religious organizations.

37.   Plaintiff requests a determination that she has legal standing to possess subject property under a binding contact (CfD) with MI worth hundreds of thousands of dollars, and to disallow Defendant from evicting her and members residing on subject property.  As a proximate result of the acts alleged herein, Plaintiff has and will continue to suffer irreparable harm. Plaintiff is entitled to damages in amounts proven at trial.

## AMENDMENT I

38.   The First Amendment (Amendment I) to the United States Constitution prevents the government from making laws which regulate an establishment of religion, **prohibit the free exercise of religion**, or abridge the freedom of speech, the freedom of the press, the right to peaceably assemble, or the right to petition the government for redress of grievances.

## CAUSE 3:

## VIOLATION OF FIFTH & FOURTEENTH AMENDMENT OF CONSTITUTIONAL OF THE UNITED STATES
(As to All Defendants and DOES 1-10)

39.   Plaintiff incorporate herein by reference the allegations made in paragraphs 1 through 36, inclusive, as though fully set forth herein:

40.   Plaintiff declares under the **Fifth Amendment to the Constitution** of the United States, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiff has endured years of threats, numerous state court actions for subject

property, unimaginable civil harassment, emotional distress, anguish and still to this day continues to have to endure threats from Defendants in regard to property owned by the MI, a religious organizations, due to unlawful acts. Plaintiff is one of the people these rights and laws were created for and applies to.

41.   Plaintiff declares under the **Fourteenth Amendments to the Constitution** of the United States, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiff has endured years of threats, numerous state court actions for said property, unimaginable civil harassment, emotional distress, anguish and still to this day continues to have to endure threats from Defendant in regards to property owned by religious organization due to unlawful acts. Plaintiff is one of the people these rights and laws were created for and applies to.

42.   Plaintiff requests a determination that she has legal standing to possess subject property under a binding contact (CfD) with MI worth hundreds of thousands of dollars, and to disallow Defendant from evicting her and members residing on subject property.

43.   And if the limited court (Supreme Court) is able to evict her she shall lose all of her financial and personal interest she has vested in the property at the heart of this case. As a proximate result of the acts alleged herein, Plaintiff has and will continue to suffer irreparable harm. Plaintiff is entitled to damages in

amounts proven at trial.

### AMENDMENT XIV

44.   All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Plaintiff is one of the people these rights and laws were created for and applies to.

### CAUSE 4:

### VIOLATION OF THE LIBERTY CLAUSE OF THE NINTH AMENDMENT OF THE CONSTITUTIONAL OF THE UNITED STATES
(As to All Defendants and DOES 1-10)

45.   Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 37, inclusive, as though fully set forth herein:

46.   Plaintiff declares under the **Ninth Amendment to the Constitution** of the United States, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiff has endured years of threats, numerous state court actions for subject property, unimaginable civil harassment, emotional distress, anguish and still to this day continues to have to endure threats from Defendant, in regards to property owned by the organization due to unlawful acts. Plaintiff is one of the people these rights and laws were created for and applies to.

47.   Plaintiff requests a determination that she has legal standing to possess subject property under a binding contact (CfD) with MI worth hundreds of thousands of dollars, and to disallow Defendant from evicting her and members residing on subject property.  As a proximate result of the acts alleged herein, Plaintiff has and will continue to suffer irreparable harm. Plaintiff is entitled to damages in amounts proven at trial.

## **AMENDMENT IX**

48.   Liberty and the pursuit of Happiness; Constitutional right to privacy, people of the United States have other rights besides those listed in the Constitution. The Ninth Amendment, when mentioned, usually plays a secondary role in supporting a new right. One of the few that depends on the Ninth Amendment is the constitutional right to privacy.

## **CAUSE 5:**

### **VIOLATIONS OF 42 U.S.C. §§ 1981, 1982, 1988(a)**
### **CONSTITUTIONAL CIVIL RIGHTS**
(As to All Defendants and DOES 1-10)

49.   Plaintiff incorporate herein by reference the allegations made in paragraphs 1 through 45, inclusive, as though fully set forth herein:

50.   Plaintiff declares under 42 U.S.C. sections §1981, 1982 and 1988(a) to the Constitution of the United States, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiff has endured from 2018 to 2020 unimaginable

civil harassment, emotional distress, anguish and still to this day continues to have to endure threats from Defendant and their team of eviction professionals, in regards to property due to unlawful acts of deception, harassment, mail tampering and other claims. Plaintiff, an indigent woman of color, senior aged, is a class of people these rights and laws were created for and applies to, specifically.

51.   Plaintiff Ann Lizana has held an assignment of rights, included in the (CfD) package since February 14, 2017.

52.   Plaintiff requests a determination to affirm those rights that she has legal standing to possess subject property under a binding contract (CfD) with MI worth hundreds of thousands of dollars, and to disallow Defendant from evicting her and members residing on subject property.

53.   Plaintiff asks this court affirm that her rights to receive an assignment of subject property under a binding contract (CfD) were and still are guaranteed by the United States Supreme Court decision in **_Sprint Communications v. APCC,_** 544 U.S. 269, 128, S.Ct. 2531; 171 L.Ed.2d 424 (2008)

54.   As a proximate result of the acts alleged herein, Plaintiffs have and will continue to suffer irreparable harm. Plaintiffs are entitled to damages in an amount to be proven at trial.

**42 U.S. Code § 1981. Equal rights under the law:**

55.   (a)Statement of equal rights All persons within the jurisdiction of the

United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

(b) "Make and enforce contracts" defined for purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

## 42 U.S. Code § 1982. Property rights of citizens

56.   All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.

## CAUSE 6:

## 28 U.S.C. §§ 1443, 1446, and 42 U.S.C. §§ 1981 – 1982, and related Statutes for EQUAL PROTECTION JURISPRUDENCE
(As to All Defendants and DOES 1-10)

57.   Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 50, inclusive, as though fully set forth herein:

58.   As expressly allowed and authorized by Rule 11(b)(2) Plaintiff contends that civil rights removal must be allowed.

59.   Civil Rights removal must be allowed by Federal Court review of any systematic, state law approved and implemented mass deprivation of fundamental constitutional rights;

### 28 U.S.C. §§ 1443: Civil Rights cases, states in full:

*Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:*

*(1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;*

*(2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.*

*(June 25, 1948, ch. 646, 62 Stat. 938).*

60.   The initial premise in the judicial construction of Civil Rights Removal appears reasonable enough: Removal will be appropriate in the present case, pursuant 28 U.S.C. §§ 1443(a) and 1447(d). Plaintiff requests a determination that she has legal standing to possess subject property under a binding contract (CfD) with MI worth hundreds of thousands of dollars, and to disallow Defendant from evicting her and members residing on subject property. As a proximate result of the acts alleged herein, Plaintiffs have and will continue to suffer irreparable harm.

///

///

## CAUSE 7:

## CIVIL RIGHTS DECLARATORY JUDGMENT
### (42 U.S.C. §1981, 1982, 1988(a))
(As to All Defendants and DOES 1-10)

61.    Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 54, inclusive, as though fully set forth herein.

62.    Plaintiff alleges that it is the custom, common practice, and policy of corporate Defendants like the one in this case, and its trustees, and attorneys to violate 42 U.S.C. §§1981-1982 by administering and imposing a judicial regime wherein they are always, in all cases dispossessed by forcible detainers, often with no rights or standing to sale or transfer of interest in real properties.

63.    The enforced consistent pro-mortgagee results can be demonstrated statistically and by narrative evidence to show that there is no equality of access to the courts, any of its decisions nor any equal right "to the full and equal benefit of all laws and proceedings for the security of persons and property" all under color of law in violation of the First, Fifth, Ninth and Fourteenth Amendments to the Constitution.

64.    **Wherefore, Plaintiff Prays** that this Court declare and adjudge that (1) the default judgment rendered to the former owner of subject property in the Superior Court of California, on June 10, 2016, and the general warranty deed given to  Plaintiff's "landlord," and "legal" title holder Miricle Island; and that

Defendant, and its agents, representatives and employees be now and forever

enjoined and bound by said judgment, and that any claims of right be considered

null and void, as the  and all decisions reached final.

65.   **Wherefore, Plaintiff Prays** for her costs of suit incurred in obtaining

these declaratory judgments, and that a permanent injunction shall issue against all

the Defendants, their employees, assigns, officers, and successors in interest never

again to enforce unconstitutional violation of 42 U.S.C. §§1981, 1982, 1988(a).

66.   For purposes of this complaint, Plaintiffs contend that 42 U.S.C.

§§1981 and 1982 are the key federal civil rights statutes because they together

outline and guarantee general, federally secured and specified, equal civil rights

in ownership of property.

67.   Plaintiff submits and contend that the law must be applied in fact to

guarantee civil rights in the making and enforcement of contracts and the

ownership of property to all citizens, and not merely that non-white citizens may

not be denied their civil rights "any more" than such rights are denied to white

citizens, which is a possible construction of civil rights jurisprudence prior to

1989.

68.   The civil rights of Plaintiff, "to make and enforce contracts, be parties,

give evidence, and to the full and equal benefit of all laws and proceedings for the

security of persons and property," are being severely infringed under color of

California law and in particular the judicial norms which apply to the conduct and resolution of Superior Court cases challenging the standing of certain servicers or entities claiming standing to be beneficiary rights on real-estate Notes obtained during or following bankruptcy, such that the very right "inherit, purchase, lease, sell, hold, and convey real and personal property" is being infringed or even curtained.

## CAUSE 8:

### DECLARATORY AND INJUNCTIVE RELIEF
(As to all Defendants & Does 1-10)

69.   Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 62, inclusive, as though fully set forth herein.

70.   An actual controversy has arisen and now exists between Plaintiff and Defendant concerning their perspective rights and duties regarding their alleged lien. Plaintiff contends that Defendant does not have a lien nor the authority to enforce any rights upon Plaintiff and the subject property.

71.   Defendant disputes Plaintiff contentions and instead contends that they may properly assert rights over Plaintiff, and subject property they have no legal rights to such over those of MI ministry and certainly not over Plaintiff, who holds a lease and CfD. Defendant was not granted rights to possession when they moved for such in the state court on or about October 28, 2019. [*See* Ex.8].

72.   Plaintiff therefore requests a judicial determination of the rights, obligations and interests of the parties with regard to the property, and such determination is necessary and appropriate at this time under the circumstances so that all parties may ascertain and know their rights, obligations and interests with regard to the property.

73.   Plaintiff requests a determination that she holds rights to possession by and through the CfD with MI; and that Defendant, none of them, have any rights or standing to evict or possess subject property legally owned by MI and currently in possession of and under contract with Plaintiff.

74.   Plaintiff therefore seeks a declaration that the title to the subject property is vested in MI ministry, and subsequently Plaintiff, through a legally binding contract for deed (CfD); and Defendant herein, be declared to have no estate, right, title or interest in the subject property.

75.   Federal declaratory review and injunctive relief are appropriate here.

## VII.
## CONCLUSION

76.   It has been clearly and concisely, and with specificity the harm, harassment and intimidation by the Defendant towards Plaintiff by Defendant through their actions of attempting to evict Plaintiff from subject property, which is not legally owned by Defendant.

77.   This harm arises, exists because of an unlawful Foreclosure action.

## **Plaintiff's Prayer**

**WHEREFORE, Plaintiff prays this Honorable Court for relief, as follows:**

FOR AND UPON PLAINTIFF'S DECLARATORY AND EQUITABLE CLAIM FOR RELIEF.

Plaintiff is entitled to declaratory relief by judicial finding, decree and order as to each of the following:

a. Defendant herein is without standing to pursue or take any benefit from any putative obligation of the former owner, arising by reason of a certain lien allegedly owned by former owner; and

b. Defendant is without standing to enforce or take any benefit from that certain Trustees Deed Upon Sell ("Trustee Deed"), dated June 29, 2018; and

c. For a Declaration that the Miricle Island is the legal holder of title to subject property, and that Plaintiff, by and through a contract with said ministry has legal rights to possession of subject property; and that Defendant, and Does 1-10, and each of them, be declared to have *NO* title, right, estate, or interest in the subject property.

d. For a judgment forever enjoining said Defendant and Does 1-10, and each of them, from claiming any title, right, estate, or interest in the subject

property; and

e.  For a preliminary injunction, effective throughout the pendency of this action or until such time as the court may otherwise order, enjoining the Defendant, and their respective agents, attorneys, representatives, trustees, legatees, successors, assigns, employees, officers, directors, and affiliates, and each of them, from initiating, maintaining, concluding, or otherwise acting in furtherance of any publication, transaction, process, or proceeding of any kind or nature, for the purpose or with the intent of alienating, assigning, transferring, conveying, selling, purporting to sell, offering for sale, hypothecating, encumbering, or otherwise altering in any way title in and to the property, in whole or in part, or any interest therein or appertaining thereto, in which or in part; and

f.  For costs and expenses of suit; and proper in the premises; and

g.  Accordingly, an award of consequential damages to Plaintiff for the malicious prosecution by Defendant, as proven at trial.

h.  For a judicial order and decree establishing and affirming Plaintiff lawful right to reside on subject property; and

i.  For permanent injunction against all Defendant, their subsidiary, affiliates, successors, agents, servants, officers, directors, employees, and all persons acting

in concert with them, directly or indirectly, from engaging in the improper,

unlawful, unfair, fraudulent, and/or deceptive conduct as described above and

according to proof during the pendency of this action;

j.      For costs and expenses of suit; and

k.  For such further relief as the court may deem to comport with law and the

principles of equity, and to be just, reasonable, and proper in the premises,

according to proof, and;

l.  For an order requiring Defendant to make restitution all revenues lost by

Plaintiff due to their unlawful, unfair, fraudulent and/or deceptive acts or practices

as more fully described above and according to proof;

**For prejudgment interest as allowed by law;**

m. For statutory damages according to proof;

n.  For costs of suit herein incurred and;

o.  For a judicial decree and finding that Defendant conduct was wanton,

willful, malicious, oppressive and unconscionable; and

p.  For an award of exemplary damages in such sum as the court may deem

sufficient to dissuade Defendant and others similarly situated from engaging in

identical or similar conduct in the future; and

# PRAYER FOR RELIEF

**Wherefore**, Plaintiff prays for judgment against Defendant and each of them, jointly and severally, as follows:

1. For a declaration that Plaintiff has the legal right to occupy the subject property without hindrances or harassment.

2. For compensatory, special and general damages in an amount according to proof at trial, against Defendant.

3. For punitive damages in an amount to be determined by the Court against Defendant for violations of our civil rights.

4. For civil penalties pursuant to statute, restitution, injunctive relief and reasonable legal fees according to proof.

5. For reasonable legal fees and costs.

6. For reasonable costs of suit and such other and further relief as the Court deems proper.

7. That this Court will find this Complaint sufficient to allow discovery and then to proceed to final trial-by-jury for final resolution of all questions of fact at common law as guaranteed by the 7th Amendment, 28 U.S.C. §1861, and Rules 38-39 of the Federal Rules of Civil Procedure, and that the Court will thereupon render judgment for the Plaintiff and against the Defendant for the relief requested above, including but not limited to declaratory judgment regarding the rights and

status of each party in relation to subject property, and the interests assigned to Plaintiff as such.

Dated this 6th day of March 2020.           Respectfully submitted.

_____,

Ann Lizana, Plaintiff *in Pro Se*

## **VERIFICATION**

I, Ann Lizana, am Plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Long Beach, California.

Dated: March 6, 2020.

# DECLARATION OF ANNE LIZANA

I Anne Lizana declare as follows:

1.    I am a Plaintiff in this action and I know each of the following facts to be true of my own personal knowledge and if called as a witness, I could and would competently testify with respect hereto. This declaration is submitted with this Complaint for violations of my civil rights.

2.  I currently reside on the property and have been there since Miricle Island (MI), a religious organization acquired it around June of 2016. I was appointed the caretaker of the property by (MI) board of Directors, and given a set of duties to include making the decisions on the daily maintenance, upkeep, cleanliness to also oversee the ongoing security and protections from vandalism, trespassers and vagants, since Long Beach is known for its abundant homeless population.

## Contract (CfD)

3.  Since being appointed the caretaker I was presented with an opportunity of a lifetime offer for myself and the ministry and I accepted it and entered into a legally binding contract for future ownership , known as a contract for Deed (CfD) with Miricle Island a religious organization, and have rights to exclusive possession of subject property, and can make decisions in regards to such. My full ownership is still bound by the fulfillment of the (CfD)

## Harassment & Discrimination

4.  The Defendants agents, which appear to be part of some type of eviction a team especially those that told me their names, were called Mike, Julio and Dean have been constantly harassing and intimidating me, claiming I am unlawfully detaining my own property. How do I make these people stop, and who will help me with that issue?

5.  Defendant continues to plaster subject property with notices, vacate and/or eviction, naming first the former owner, then amending their complaints to name defendants who either do not live on the property, do not own or have authority to the property or are totally unknown to MI and myself.

6.  As the one who has all the rights to be residing on subject property, I know who does and does not live on the property, and the people listed in the unlawful detainer cases DO NOT reside on my property.

**Unlawful Detainer**

7.  Defendant has named several people in their series of unlawful detainers [ more than five (5)], however none of them reside or have ever resided on the property  since I have been here, to include: (a) [see Defendants list in Exhibits 2 - 7];  (b) GLADYS COPELAND, *DOES NOT* reside on subject property and has never resided on subject property; (c) BL BLACKWELL, *DOES NOT* reside on subject property and has never resided on subject property.

8.  Despite the fact that none of the aforementioned people reside on subject property, Defendant continues to proclaim these people were <u>served</u> with a summons and complaint. This is an UNTRUE statement because none of these people live on subject property. But how do I address the courts to tell them of this wrongdoing issue?

9.  Defendant has also named a JOHN DOE and JANE DOE, and again Defendants claimed they were all served with summons and complaint, which is an UNTRUE statement, as "DOES" or unnamed occupant cannot receive serves via substitute service of <u>posting and mailing</u> service.

10.  Since the only way I know how to address the courts and I have since filed prejudgment claim of rights on all of Defendants unlawful detainer cases, five in total, as of January of 2020. That meant I had to first see if I had the rights

to do so from my contract holder which was granted. Then I had to get five (5) fee waivers for the five cases just to defend myself from being evicted by a default judgement because none of the stated defendants lived on the property and could not answer.

## Courts & Civil Rights

11.  I now seek the protection of the federal court that I believe to have jurisdiction over my civil rights to defend my possession of the property because who else will help me if not by the authority and use of the constitution of the United States;

12.  These Defendants and all their agents and eviction team lack rights to possession of the property, since I currently hold a legally binding contract and leasehold agreement to sole possession. [See Ex. 9]. And as such they cannot move to evict me from said property, per my Constitutional rights under the;

13.   Property rights of the United States Constitution  28 U.S.C. §§1331, and 42 U.S.C. §§ 1981, 1982, and 1988(a) and I plan to exercise those rights for they were created exclusively for people such as myself.


I declare under penalty of perjury the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.


Executed this 6th day of March, 2020.

Respectfully submitted,

_____

Ann Lizana, *in Propia Persona*

## **TRIAL-BY-JURY**

Plaintiffs demand a trial-by-jury of all issues of fact so triable, and all mixed questions of law and fact which may be triable as a matter of controlling case law, and Plaintiffs demand an advisory jury on all other matters to the extent permitted by law, with appropriate instructions distinguishing the advisory from the deciding issues presented to the jury for resolution.

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and am not a party to the within action. My business address is 2005 Palo Verde Ave., Long Beach, CA. 90815.

On March 6, 2020, I caused to be served the following document(s): **CIVIL RIGHTS COMPLAINT** to the parties involved addressed as follows:

> **Wells Fargo Bank, NA, as trustee**, on behalf the registered holders
> of MORGAN STANLEY abs CAPITAL 1 INC., TRUST 2005-
> WMC6, Mortgage Pass-Through Certificate Series 2005-WMC6.
> 9062 Old Annapolis Road
> Columbia, Maryland 20102

_X_ PERSONAL DELIVERY: I personally delivered documents to the named defendant(s), and/or placed said documents into a postage paid envelope and caused it to be mailed the address listed above, on the date listed above.

___ BY CERTIFIED MAIL: I caused each envelope, with postage fully prepaid, to be placed in the United States mail at Los Angeles, California.

___ BY FACSIMILE/EMAIL: By use of facsimile machine telephone numbers listed above or via certified email, I served a copy of the within document on the above interested parties by facsimile. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2020, at Los Angeles, California.


_____

J. Bellamy

## **EXHIBITS**

**EXHIBIT 1** ……………………………………… **Notice to Quit**    (p.8)

**EXHIBIT 2** ……………………………………… **UD1 case**    (p.8)

**EXHIBIT 3** ……………………………………… **UD2 cover**    (p.8)

**EXHIBIT 4** ……………………………………… **UD3 cover**    (p.8)

**EXHIBIT 5** ……………………………………… **UD4 cover**    (p.8)

**EXHIBIT 6** ……………………………………… **UD5 cover**    (p.8)

**EXHIBIT 7** ……………………………………… **UD6 cover**    (p.8)

**EXHIBIT 8** ……………………………………… **UD1 case Order**  (p.9)

**EXHIBIT 9** ……………………………………… **CfD Cover page**  (p.10)

EX. 1



**oardwalk**
**PROPERTIES**
Broker has specialized in bank-owned properties since 1979

Date: 3/13/2019

Dear Occupant: 2336 Pasaden Ave. Long Beach, CA 90806
I have just been notified that the bank has acquired this property as a result of
foreclosure.

If you are a tenant, PLEASE DO NOT PAY RENT TO THE PREVIOUS OWNER; YOU
WILL BE WASTING YOUR MONEY!! If this property consists of two or more units,
and you are willing to cooperate with us, there is a good chance that the bank will want
you to stay and continue paying rent as a tenant.

If this property consists of a single family residence only, you will be asked to move.
In either of the cases shown above, please call me as soon as possible. Your
cooperation and prompt attention is greatly appreciated.

Sincerely,

Mike Potier
Broker


NOTE: If calling AFTER NORMAL BUSINESS HOURS, please call my cell# (562)
480-0684 with your name and phone number so that I may return your call as soon as
possible.

____X____If checked here, it appears that you have abandoned the subject property.
UNLESS I HEAR FROM YOU IMMEDIATELY (CALL MY CELL #562-480-0684, AT
ANY TIME & LEAVE YOUR NAME & PHONE NUMBER), I WILL ORDER THE
PROPERTY RE-KEYED.

_____If checked here, the property consists of 2 or more units. We will be de-
trashing the exterior of the property. Any/all of your personal property must be
removed from the exterior within 48 hours or it will be understood that ANYTHING
REMAINING WILL BE CONSIDERED AS TRASH AND WILL BE DISPOSED OF!

38

Ex. 2

Electronically Filed by Superior Court of California, County of Los Angeles, on 05/03/2019 05:03 PM Sherri R. Carter, Executive Officer/Clerk of Court, by B. Monroe, Deputy Clerk
19LBUD01412

Assigned for all purposes to: Governor George Deukmejian Courthouse, Judicial Officer: Douglas Stern

1    Nabeel M Zuberi, SBN 294600
MCCALLA RAYMER LEIBERT PIERCE, LLP
2    301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
3    Phone: (562) 983-5375
Facsimile: (562) 983-5375
4

5    Attorneys for Plaintiff,
WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED
6    HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

10               FOR THE COUNTY OF LOS ANGELES

11

| | |
|---|---|
| 12 WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6. | ) CASE NO.:<br>)<br>) COMPLAINT FOR UNLAWFUL<br>) DETAINER FOLLOWING FORECLOSURE<br>) SALE [CALIFORNIA CODE OF CIVIL<br>) PROCEDURE § 1161a]<br>)<br>) Limited Civil Case<br>) |
| 16        Plaintiff, | )<br>) Amount Not Exceeding $10,000.00 |
| 17    vs. | )<br>) |
| 19 MICHELLE BLACKWELL and DOES 1 through 20, Inclusive, | )<br>)<br>) |
| 20        Defendants. | )<br>) |

21

22    Plaintiff, for its complaint hereby alleges the following:

23    1. Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE

24 REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-

25 WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6

26 ("Plaintiff"), is the owner of record and entitled to possession of the real property located at

27 2336 PASADENA AVE (MAIN), LONG BEACH, CALIFORNIA 90806 ("Property"). The

28 Property is located in the above-referenced Judicial District and County.

   2.   Plaintiff is an entity lawfully conducting business in California.

COMPLAINT FOR UNLAWFUL DETAINER

1    3.   Defendants MICHELLE BLACKWELL and ALL UNKNOWN OCCUPANTS

2   (collectively "Defendants") at all times herein mentioned resided in the State of California,

3   County of LOS ANGELES.

4    4.   Defendants, and each of them, are currently in possession of and occupying the above-

5   described premises.

6    5.   Defendants are the former trustors or holdover occupants of the former trustors.

7    6.   The true names and capacities, whether individual, corporate, associate or otherwise, of

8   the defendants named herein as Does 1-20, and each of them, are unknown to Plaintiff, who

9   therefore sues said defendants by their fictitious names, pursuant to Code of Civil Procedure §

10  474. Plaintiff will ask leave of the Court to amend its Complaint to include the true names and

11  capacities of said defendants when the identities have been ascertained.

12    7.   Plaintiff is the owner of and entitled to immediate possession of the Property which is

13  located at 2336 PASADENA AVE (MAIN), LONG BEACH, CALIFORNIA 90806, and

14  located within Los Angeles County and the jurisdictional boundaries of this Court.

15    8.   Plaintiff owns said land by virtue of a foreclosure sale duly held pursuant to the power

16  of sale under the Deed of Trust executed by Defendants or their predecessors.

17    9.   Defendants or their predecessors defaulted under the terms of the subject Deed of Trust

18  and underlying note, which was secured by the Property. Thereafter a Notice of Default and

19  Breach of Conditions of the Deed of Trust and Election to Sell the Property, in an effort to

20  satisfy the obligations thereby secured, was recorded in the Official Records of the County

21  Recorder of Los Angeles County, California.

22    10. After failure of Defendants or their predecessors to cure the default, a Trustee's Sale of

23  the Property was duly noticed as required under California Civil Code § 2924 *et. seq.*

24    11. At the time and place duly noticed for Trustee's Sale, the Property was sold to Plaintiff.

25  The Trustee's Deed Upon Sale was thereafter recorded in the Los Angeles County Recorder's

26  Office, thus duly perfecting Plaintiff's title to the Property. A true and correct certified copy of

27  the Trustee's Deed Upon Sale is attached and incorporated hereto as **Exhibit A**.

28    12. On March 20, 2019, Defendants were served with a written notice requiring them and

41

1   "All Persons in Possession" of the Property to quit and deliver up possession of the Property. A

2   true and correct copy of said Notice to Vacate is attached and incorporated hereto as **Exhibit B**.

3   A true and correct copy of the Proof of Service of Notice to Vacate is attached hereto as

4   **Exhibit C**.

5     13. Defendants have failed and refused to deliver possession of the Property after expiration

6   of the Notice to Vacate, as required by California Code of Civil Procedure § 1161a.

7     14. The Notice to Vacate expired on June 19, 2019, and as of the date of this Complaint,

8   defendants retain possession of the Property without Plaintiff's permission or consent.

9     15. The reasonable value of the use and occupancy of the Property is equal to an amount

10   according to proof at trial. Damage to the Plaintiff caused by Defendants' unlawful detention

11   of the Property has accrued at such rate since June 19, 2019, and will continue to accrue until

12   the date of entry of judgment in the above-captioned action.

13     **WHEREFORE**, Plaintiff respectfully requests judgment against Defendants, and each of

14   them, as follows:

15     1.   Restitution and immediate possession of the Property;

16     2.   An order restoring possession of the Property to Plaintiff;

17     3.   Damages in an amount to be determined, according to proof at trial, at a daily rate from

18   June 19, 2019 until the date that Judgment;

19     4.   For costs of suit herein; and

20     5.   For such other and further relief as the Court deems necessary and proper.

21   Dated: June 19, 2019         **McCalla Raymer Leibert Pierce, LLP**

22

23                 By: _____

                      Nabeel M Zuberi

24                     Attorneys for Plaintiff, Wells Fargo Bank, N.A., as

25                     Trustee, on behalf of the registered holders of Morgan

                      Stanley ABS Capital I Inc. Trust 2005-WMC6,

26                     Mortgage Pass-Through Certificates, Series 2005-

                      WMC6

27

28

## **VERIFICATION**

I am an attorney duly licensed to practice in the State of California and am a member of the law firm of McCalla Raymer Leibert Pierce, LLP ("MRLP"), counsel for Plaintiff Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6. ("Plaintiff") was unable to make this verification because it is absent from Los Angeles County where my office is located.  For that reason, I make this verification for and on behalf of Plaintiff.  I have read the foregoing Complaint for Unlawful Detainer and know its contents. I am informed and believe, and on that ground allege that the matters stated therein are true.

Executed this ___19th___ day of June 2019, at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Nabeel M Zuberi

43

This page is part of your document - **DO NOT DISCARD**



## 20180652220



**Pages:**
**0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**06/29/18 AT 08:00AM**

| | |
|---|---|
| FEES: | 26.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 101.00 |



**L E A D S H E E T**



201806293320012

00015427376

009183737

**SEQ:**
**01**

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

E502303

44

8366473 rcv

FOR REFERENCE ONLY: 20180652220

RECORDING REQUESTED BY:
**First American Mortgage Solutions**

AND WHEN RECORDED MAIL TO:
Wells Fargo Bank, N.A., as Trustee, on behalf
of the registered holders of Morgan Stanley ABS
Capital I Inc. Trust 2005-WMC6, Mortgage
Pass-Through Certificates, Series 2005-WMC6
c/o SELECT PORTFOLIO SERVICING, INC
3217 S. Decker Lake Dr.
Salt Lake City, Utah 84119

SPACE ABOVE LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

A.P.N 7208-017-009
Trustee's Sale No.    13-2671-11

The undersigned grantor declares:

1. The grantee herein was the foreclosing beneficiary.
2. The amount of the unpaid debt together with costs was    $1,105,810.94
3. The amount paid by the grantee at the Trustee's sale was    $1,105,810.94
4. The documentary transfer tax is    $0.00
5. The city transfer tax is    $0.00
6. Said Property is in the City of:    Long Beach

**THE WOLF FIRM, A LAW CORPORATION** as duly appointed trustee under the Deed of Trust hereinafter described, (herein called Trustee) hereby grants and conveys, but without warranty, express or implied, to **Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6** (herein called grantee), all right, title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the County of Los Angeles, State of California, described as follows: **SEE ATTACHED LEGAL DESCRIPTION MARKED AS EXHIBIT "A" AND INCORPORATED HEREIN BY REFERRENCE.**

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust executed by **MICHELLE BLACKWELL, A SINGLE WOMAN** as Trustor, dated 3/29/2005 and recorded on 4/13/2005, as Instrument No. 05 0849141, of official records, in the office of the Recorder of Los Angeles County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell which was filed for record in the office of the Recorder of said County, and such default still existed at the time of sale. All requirements of law regarding the mailing of copies of notices and the posting and publication of copies of the Notice of Sale have been complied with. Said property was sold by said trustee at public auction on 6/19/2018 at the place named in the Notice of Sale in the County of Los Angeles, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefor to said trustee the amount bid, in lawful money of the United States, or by the satisfaction pro tanto, of the obligations then secured by said Deed of Trust.

IN WITNESS WHEREOF THE WOLF FIRM, A LAW CORPORATION, has this day, 6/20/18 caused its name to be thereunto affixed.

FATICO submits this document for
recordation as a courtesy for physical
convenience only. FATICO has not
examined this document for its validity,
sufficiency, or effect, if any, upon title to
the real property described herein.

THE WOLF FIRM, A LAW CORPORATION, AS TRUSTEE

By: _____
RENAE C. MURRAY, DEPARTMENT MANAGER

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of **California** ) SS.
County of **ORANGE**

On __6/22/18__ before me, **JOHN F. WERNER II**, Notary Public, Personally appeared, **RENAE C. MURRAY** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
JOHN F. WERNER II, Notary Public

JOHN F. WERNER II
Notary Public - California
Orange County
Commission # 2162594
My Comm. Expires Aug 13, 2020

46

ORDER NO: 8366473
REFERENCE NO: 13-2671-11

# EXHIBIT "A"

LOT 8 OF TRACT NO. 3463, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 38 PAGE (S) 51 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

47

## NOTICE TO ANY RENTERS LIVING AT:
## 2336 PASADENA AVE, LONG BEACH, CA 90806

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer <u>NOW</u> to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions.  Your may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed.  In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

### How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Q/MPCLPca@

## NOTICE TO VACATE PREMISES LOCATED AT:
## 2336 PASADENA AVE, LONG BEACH, CA 90806

**TO:**

**MICHELLE BLACKWELL AND ALL PERSONS IN POSSESSION OF AND WHO OCCUPY THE REAL PROPERTY AT THE ABOVE ADDRESS:**

**THIS IS THE FIRST STEP IN A LAWSUIT AGAINST YOU. THE FAILURE TO VACATE THE PREMISES AS SPECIFIED BELOW WILL RESULT IN A LAWSUIT BEING FILED AGAINST YOU. A COURT JUDGMENT AGAINST YOU WILL BE RECORDED WITH NATIONAL CREDIT REPORTING AGENCIES.**

**YOU ARE HEREBY NOTIFIED** that your right to occupy the real property at the above address has been terminated as the result of foreclosure sale of the real property by the trustee under a power of sale contained in a Deed of Trust which appeared of record against the subject property.

### NOTICE

NOTICE IS HEREBY GIVEN THAT YOU ARE REQUIRED TO VACATE THE PREMISES AND DELIVER UP POSSESSION OF THE PREMISES TO THE UNDERSIGNED:

(i)   Within **THREE (3) DAYS** after service of this Notice, in the event you are in possession of the premise and you are not a tenant or subtenant as described below; or

(ii)  Within **NINETY (90) DAYS** after service of this Notice, in the event you are a tenant or subtenant in possession of the rental housing unit sold in foreclosure.

In the event you fail to quit and deliver up possession of the real property you occupy at the above address to the undersigned agent for the owner, within the relevant Notice Period specified above, you will be deemed to be unlawfully detaining the premises, which will result in the commencement of court proceedings against you, by the owner, to recover possession of the premises as well as court costs and the reasonable rental value of the premises for each day of your continued occupancy following expiration of the Notice Period set forth below.

If you claim to be the recipient of tenant based assistance governed by Section 8 of the United States Housing Act of 1937 (42 USC § 1437), commonly referred to as the "Section 8 Housing Program", then you may be entitled to additional time in the property. Please contact our office and be prepared to provide us with all necessary information regarding your participation in the Section 8 Housing Program. If this information is verified, you will be required to vacate the premises within 90 days of the service of this notice. Additionally, this document constitutes notice that this tenancy has been terminated for good cause pursuant to 24 CFR § 982.310(d)(1) and (e)(1). This good cause termination is based on the owner's business and economic interest in the property and intent to sell.

CYNFPCLPca@

49

This Notice is authorized pursuant to the provisions of *California Code of Civil Procedure* §§ 1161a, 1161b and 1161c and 12 U.S.C. § 5220.

Dated: March 18, 2019                **MCCALLA RAYMER LEIBERT PIERCE, LLP**

**Nabeel M Zuberi**

301 E. Ocean Boulevard, Suite 1720

Long Beach, CA 90802

Attorneys for Owner, Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6

To discuss this Notice, please contact the above at (562) 983-5375 between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

SUBJECT PROPERTY:

2336 PASADENA AVE, LONG BEACH, CA 90806

**DISCLAIMER: Under the Servicemembers Civil Relief Act, 50 U.S.C. App. §§ 501 *et seq.*, active duty military servicemembers may have additional rights and protections. PLEASE NOTIFY OUR OFFICE IMMEDIATELY if you or any other occupants in the property are active duty military. You may also wish to contact a member of your Judge Advocate Corps.**

## PROOF OF SERVICE

**I, the undersigned, declare that I served the Notice (s) below indicated:**

### NOTICE TO VACATE PREMISES

The above described Notice(s) were served on the following named parties in the manner set forth below:

Person Served: ALL PERSONS IN POSSESSION OF AND WHO OCCUPY THE REAL PROPERTY

Re: 2336 PASADENA AVE, LONG BEACH, CA 90806  (the "Premises")

_____ 1. PERSONAL SERVICE

By delivering a copy of the Notice (s) on _____ (date), at _____ (time) to each of the above personally.

__**X**__ 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice(s) as authorized by C.C.P Section 1162 (2,3) on each of the above named parties in the manner set forth below:

(A)   By leaving a copy for each of the above named parties on _____ at _____, with _____, a person of suitable age and discretion at the occupant's residence/business of the person to be served at _____. I informed him or her of the general nature of the paper(s); and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on at _____.

(B)   By posting a copy for each of the above named parties on **03/20/2019** at **07:57 AM** in a conspicuous place on the property at **2336 PASADENA AVE, LONG BEACH, CA 90806** and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on **03/20/2019** .

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2019

Signature: _____

DEAN M. CARROLL
(Reg. No.: 5980, Los Angeles County)
EXPRESS NETWORK
P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

*51*

MCCRALV-0127506.GE

EX. 3 - 7

19LBUD01642

Electronically FILED by Superior Court of California, County of Los Angeles on 07/23/2019 10:52 AM Sherri R. Carter, Executive Officer/Clerk of Court, by Leticia Ascencio, Deputy Clerk

**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

| | FOR COURT USE ONLY |
|---|---|
| | (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Michelle Blackwell, and Does 1 through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| 1. The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Superior Court of California, County of Los Angeles <br> 275 Magnolia Avenue, Long Beach, CA 90802 | CASE NUMBER: <br> *(Número del caso):* <br><br> 19LBUD01642 |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Nabeel M Zuberi SBN: 294600

   301 E. Ocean Boulevard, Suite 1720, Long Beach, CA, 90802

3. (Must be answered in all cases.) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.) Sherri R. Carter Executive Officer / Clerk of Court

| Date: 07/23/2019 | Clerk, by | | Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | Leticia Ascencio | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. [ ] as an individual defendant.
   b. [X] as the person sued under the fictitious name of (specify): DOE 1
   c. [ ] as an occupant
   d. [X] on behalf of (specify): JOIZNE  LIZANA
      under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)          [ ] other (specify):
5. [ ] by personal delivery on (date):

| | | |
|---|---|---|
| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-130 [Rev. July 1, 2009] | SUMMONS—UNLAWFUL DETAINER—EVICTION | Page 1 of 2 <br> Code of Civil Procedure, §§ 412.20, 415.456, 1167 <br> www.courtinfo.ca.gov <br> WestLaw Doc & Form Builder™ |

53

Electronically ... Superior Court of California ... nty of Los Angeles on 07/19/2019 04:42 PM Sherri R. Carter, E ... re Officer/Clerk of Court, by B. Monroe,Deputy Clerk
19LBUD01650

Assigned for all purposes to: Governor George Deukmejian Courthouse, Judicial Officer: Douglas Stern

Nabeel M Zuberi, SBN 294600
MCCALLA RAYMER LEIBERT PIERCE, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Phone: (562) 983-5375
Facsimile: (562) 983-5375

Attorneys for Plaintiff,
WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED
HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6. | CASE NO.: |
| | COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE [CALIFORNIA CODE OF CIVIL PROCEDURE § 1161a] |
| Plaintiff, | Limited Civil Case |
| vs. | Amount Not Exceeding $10,000.00 |
| MICHELLE BLACKWELL and DOES 1 through 20, Inclusive, | |
| Defendants. | |

Plaintiff, for its complaint hereby alleges the following:

1. Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6 ("Plaintiff"), is the owner of record and entitled to possession of the real property located at 2336 PASADENA AVE. (UNIT 1), LONG BEACH, CALIFORNIA 90806 ("Property"). The Property is located in the above-referenced Judicial District and County.

-2-
COMPLAINT FOR UNLAWFUL DETAINER

54

Electronically FILED by Superior Court of California, County of Los Angeles on 07/19/2019 05:09 PM Sherri R. Carter, Executive Officer/Clerk of Court, by B. Monroe, Deputy Clerk
19LBUD01631

| | **SUM-130** |
|---|---|

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Michelle Blackwell, and Does 1 through 20, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6,
Mortgage Pass-Through Certificates, Series 2005-WMC6

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Superior Court of California, County of Los Angeles
   275 Magnolia Avenue, Long Beach, CA  90802

| CASE NUMBER:<br>(Número del caso): |
|---|

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Nabeel M Zuberi SBN: 294600
   301 E. Ocean Boulevard, Suite 1720, Long Beach, CA, 90802

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)  [X] did not [ ] did
   for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: 07/19/2019
*(Fecha)*          Sherri R. Carter Executive Officer / Clerk of Court     Clerk, by         B. Monroe     , Deputy
                                                                          *(Secretario)*                                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. [ ] as an individual defendant.
   b. [X] as the person sued under the fictitious name of (specify): DOE 3
   c. [ ] as an occupant.
   d. [X] on behalf of (specify): JANE DOE
      under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)            [ ] other (specify):
5. [ ] by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Page 1 of 2

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

55

nically FILED by Superior Court of Californ... County of Los Angeles on 07/23/2019 08:39 AM Sherri R. Carter, Executive Officer/Clerk of Court, by L. Ascencio, Deputy Clerk
19LBUD01674
Assigned for all purposes to: Governor George Deukmejian Courthouse, Judicial Officer: Douglas Stern

Nabeel M Zuberi, SBN 294600
MCCALLA RAYMER LEIBERT PIERCE, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Phone: (562) 983-5375
Facsimile: (562) 983-5375

Attorneys for Plaintiff,
WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED
HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6. <br><br> Plaintiff, <br><br> vs. <br><br> MICHELLE BLACKWELL and DOES 1 through 20, Inclusive, <br><br> Defendants. | ) CASE NO.: <br> ) <br> ) <br> ) COMPLAINT FOR UNLAWFUL <br> ) DETAINER FOLLOWING FORECLOSURE <br> ) SALE [CALIFORNIA CODE OF CIVIL <br> ) PROCEDURE § 1161a] <br> ) <br> ) Limited Civil Case <br> ) <br> ) Amount Not Exceeding $10,000.00 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff, for its complaint hereby alleges the following:

1. Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6 ("Plaintiff"), is the owner of record and entitled to possession of the real property located at 2336 PASADENA AVE. (UNIT 2), LONG BEACH, CALIFORNIA 90806 ("Property"). The Property is located in the above-referenced Judicial District and County.

-2-

COMPLAINT FOR UNLAWFUL DETAINER

56

Ex. B

# SUPERIOR C    JRT OF CALIFORNIA
## COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:
Governor George Deukmejian Courthouse
275 Magnolia Ave, Long Beach, CA 90802

**FILED**
Superior Court of California
County of Los Angeles
**10/28/2019**

Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ K. Onorato _____ Deputy

PLAINTIFF/PETITIONER:

Wells Fargo Bank, N.A.; As Trustee, on Behalf of the Registered
Holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6,
Mortgage Pass-Through Certificates, Series 2005-WMC6

DEFENDANT/RESPONDENT:

Michelle Blackwell

### CERTIFICATE OF MAILING

CASE NUMBER:
19LBUD01412

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Non-Jury Trial; Hearing on Ex Parte Application Continuance t...) of 10/28/2019 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Long Beach, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Michelle Blackwell
2005 Palo Verde Ave. #152
Long Beach, CA  90815

Nabeel M. Zuberi
McCalla Raymer Leibert Pierce, LLP
301 E Ocean Blvd, Ste 1720
Long Beach, CA  90802

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 10/28/2019

By:  K. Onorato
    Deputy Clerk

58

## SUPERIOR CO᠊    T OF CALIFORNIA, COUN᠊1    OF LOS ANGELES
### Civil Division
South District, Governor George Deukmejian Courthouse, Department S13

**19LBUD01412**                                                    October 28, 2019
**WELLS FARGO BANK, N.A.; AS TRUSTEE, ON BEHALF**                        8:30 AM
**OF THE REGISTERED HOLDERS OF MORGAN STANLEY**
**ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE**
**PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6 vs**
**MICHELLE BLACKWELL**

Judge: Honorable Douglas W. Stern                CSR: Electronically Recorded FTR
Judicial Assistant: K. Onorato                   ERM: None
Courtroom Assistant: None                        Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Nabeel M. Zuberi by Donna Seyedi

For Defendant(s): Michelle Blackwell

**NATURE OF PROCEEDINGS:** Non-Jury Trial; Hearing on Ex Parte Application Continuance trial or in the alternative request for temporary stay

The Defendant's Motion re: and Motion To Continue Trial; Points And Authorities; Declaration of Michelle Blackwell filed by Michelle Blackwell on 10/21/2019 is Denied.

Matter is called for trial. Both parties are sworn to testify. Mike Potier and Dean Carroll are sworn to testify before the Court.

All exhibits will be returned to counsel after the trial is completed, for safekeeping until the time for appeal has expired.

Court orders judgment entered for Defendant Michelle Blackwell against Plaintiff Wells Fargo Bank, N.A.; As Trustee, on Behalf of the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6 on the Complaint filed by Wells Fargo Bank, N.A.; As Trustee, on Behalf of the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6 on 06/20/2019 for a total of $0.00.

Other: EXPLANATION: Plaintiff failed to prove the Defendant Blackwell is in possession or claims any right to possess the real property. She admitted that she is not in possession and claims no right to possession. She claimed that in June 2016 she transferred all her rights by deed to a third party. Since there is no possession, no claim of possession and no evidence that any party in possession claims through Blackwell's right of possession, there is no basis for a judgment against Blackwell for possession. No other issues are decided by the Court in this   59

# SUPERIOR CO'   T OF CALIFORNIA, COUN1   OF LOS ANGELES

## Civil Division

South District, Governor George Deukmejian Courthouse, Department S13

**19LBUD01412**                                                        October 28, 2019
**WELLS FARGO BANK, N.A.; AS TRUSTEE, ON BEHALF**          8:30 AM
**OF THE REGISTERED HOLDERS OF MORGAN STANLEY**
**ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE**
**PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6 vs**
**MICHELLE BLACKWELL**

Judge: Honorable Douglas W. Stern          CSR: Electronically Recorded FTR
Judicial Assistant: K. Onorato             ERM: None
Courtroom Assistant: None                  Deputy Sheriff: None

action.

The following event is advanced to this date and vacated:
11/04/2019 8:30 AM Hearing on Motion - Other and Motion To Continue Trial; Points And
Authorities; Declaration of Michelle Blackwell in Department S13

Certificate of Mailing is attached.

60

EX. 9

61

Retail

US POSTAGE PAID

**$7.75**

Origin: 90807
03/06/20
0541140005-54

## PRIORITY MAIL 1-DAY ®

1 Lb 2.20 Oz

**1006**

EXPECTED DELIVERY DAY: 03/07/20

C032

SHIP
TO:
255 E TEMPLE ST
LOS ANGELES CA 90012-3332

### USPS TRACKING® NUMBER



9505 5161 9549 0066 3003 85

hen used internationally, a customs
claration label may be required.

Domestic only



P S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

## PRIORITY®
## ★ MAIL ★


**UNITED STATES
POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

ANN Lizana
2336 Pasadena Ave
Long Beach, CA 90806

MAR - 9 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: E. R. Royabal Federal Court
255. E. Temple St.
Los Angeles, CA 90012
ATTN: Clerk - Intake office

Label 228, March 2016     **FOR DOMESTIC AND INTERNATIONAL USE**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

tic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.